JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHANTEL DANG; ESTATE OF THO XUAN NGO, by and through successors in interest, Shantel Dang, Kayla Dang, and Taylor Dang; KAYLA DANG, individually; and TAYLOR DANG, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WESTMINSTER; WESTMINSTER POLICE DEPARTMENT; ENGELBERTO DELGADO; ROBERT MAY and DOES 1 to 10,<br><br>Defendants. | CASE NO.  8:21-cv-00707 JVS ADSx<br>[*Assigned to the Hon. James V. Selna, Crtrm. 10C* ]<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br><br>Complaint: April 16, 2021<br>Trial:  February 1, 2022 |

1  Having reviewed the Stipulation of the Parties and good cause appear, IT IS
2  HEREBY ORDERED that the above-captioned action be dismissed with prejudice in
3  its entirety as to all defendants, each side to bear its/his/her own fees and costs.
4  **IT IS SO ORDERED.**
5
6  Dated: September 2, 2021
7
   _____
8  Hon. James V. Selna
   Judge of the United States District Court